2011 Ark. 466

**In re Richard Lynn SLAGLE, Arkansas Bar No. 69072.**

**No. 11–1046.**

Supreme Court of Arkansas.

Nov. 3, 2011.

PER CURIAM.

On recommendation of the Supreme Court Committee on Professional Conduct, we accept the voluntary surrender, in lieu of probable disbarment proceedings, of the license of Richard Lynn Slagle of Hot Springs, Arkansas, to practice law in the State of Arkansas. The name of Richard Lynn Slagle shall be removed from the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in the State of Arkansas.

It is so ordered.